AO 247 (Rev.  11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KALOUP POWERS | ) |
| | ) |

Case No:  1:09cr211-07

USM No:  14419-040

Date of Original Judgment:  06/19/2010
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Helen Nieuwenhuis
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of    156    months **is reduced to**    151 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    06/19/2010    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    12/03/2015

/s/Robert J. Jonker
*Judge's signature*

Effective Date:
*(if different from order date)*

Chief United States District Judge
*Printed name and title*